IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAVAR WILSON                                                                                          PLAINTIFF

v.                                         Civil No. 4:11-cv-04057

PROSECUTING ATTORNEY
CARLTON JONES; STATE OF
ARKANSAS; and MILLER
COUNTY, ARKANSAS                                                                              DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed January 17, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 5). Judge Bryant recommends that Plaintiff's request to proceed *in forma pauperis* (ECF No. 4) be denied and the complaint dismissed with prejudice in the above-styled case because Plaintiff's claims are frivolous, fail to state claims upon which relief may be granted or are otherwise asserted against individuals immune from suit. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Motion to Proceed *in forma pauperis* (ECF No. 4) is **DENIED** and his Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, this 14th day of February, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge